UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HALEIGH K. MCLENDON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES TENNIS | * | |
| ASSOCIATION, INC., USTA | * | |
| PLAYER DEVELOPMENT INC., | * | |
| GRASSROOTS TENNIS ASSOC., | * | |
| LLLP, IN DEPTH ACADEMY, | * | |
| DOROTHEA L. JOYNER, LEROY | * | CASE NO.: |
| THOMAS JOYNER, JR., and | * | |
| Fictious Defendants "A", "B", "C", | * | |
| and "D", whether singular or plural, | * | |
| those other persons, corporations, | * | |
| firms or other entities whose | * | |
| wrongful conduct caused or | * | |
| contributed to cause the injuries and | * | |
| damages to the Plaintiff, all of whose | * | |
| true and correct names are unknown | * | |
| to Plaintiff at this time, but will be | * | |
| substituted by amendment when | * | |
| ascertained, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANTS UNITED STATES TENNIS ASSOCIATION,
INCOPORATED AND USTA PLAYER DEVELOPMENT,
INCORPORATED RULE 7.1 CERTIFICATES OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COME NOW, Defendants UNITED STATES TENNIS ASSOCIATION,

INC. ("USTA") and USTA PLAYER DEVELOPMENT INC. ("USTAPD"),

(collectively "Defendants USTA"), by and through their undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and United States District Court for the Middle District of Alabama Local Rule 7.1 hereby files their Certificates of Interested Persons and Corporate Disclosure Statement as follows:

**FRCP 7.1 Disclosure Statement:**

Pursuant to FRCP 7.1(a)(1)(A) the USTA Defendants states that the following are parent corporations of the following Defendant entities:

1. United States Tennis Association, Incorporated: It is a §501(c)(6) nonprofit organization with no parent corporations.

2. USTA Player Development, Incorporated: It is a §501(c)(3) nonprofit organization with no parent corporations.

**Local Rule 7.1of the United States District Court Middle District of Alabama Disclosure Statement:**

Pursuant to Local Rule 7.1 the USTA Defendants states that the following are parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities that could potentially pose a financial or professional conflict for a Judge:

Local Rule 7.1(a):

1. United States Tennis Association, Incorporated: None. It is the Sole Member of USTA Foundation Incorporated, USTA National Tennis

Center Incorporated, USTA Player Development Incorporated and USTA Coaching, Incorporated.

2.  USTA Player Development, Incorporated: None.

Local Rule 7.1(c):

1.    The United States Tennis Association, Incorporated is an organization that is dedicated to the promoting and developing the game of tennis as a means of healthful recreation and physical fitness through, among other things, the establishment and maintenance of rules of play and high standards of amateurism and good sportsmanship.

2.    The primary purpose of USTA Player Development, Incorporated is to systematically select and develop world-class American tennis players by providing comprehensive training and competitive pathways for those selected players, aiming for success on the international stage.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and/or magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 16th day of September, 2025.

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**

1111 Bay Avenue, 3rd Floor
P.O. Box 1199
Columbus, GA 31902-1199
Tel:    706-324-0251

carter@pagescrantom.com
jclark@pagescrantom.com
lmoore@pagescrantom.com

**/s/*Carter P. Schondelmayer***
Carter P. Schondelmayer
Alabama Bar No. 685-E53C
***/s/ James C. Clark, Jr.***
*Pro Hac Vice to be applied for*
Georgia Bar No. 127145
***/s/ LaRae D. Moore***
*Pro Hac Vice to be applied for*
Georgia Bar No. 223379

*Counsel for Defendants*
*United States Tennis Association, Inc.*
*USTA Player Development Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date indicated below, I submitted the following document, RULE 7.1 DISCLOSURE STATEMENT of Circuit Court of Barbour County Civil Action File No. 06-CV-2025-900032.00 to this Court, to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record and any *pro se* parties.

***Counsel for Plaintiff***

Larry A. Golston
Leon Hampton, Jr.
Jessie M. Haynes
BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
Larry.golston@beasleyallen.com
Leon.hampton@beasleyalle.com
Jessi.haynes@beasleyallen.com
alison.hawthorne@beasleyallen.com

L. Shane Seaborn
PENN & SEABORN, LLC
1442 S. Eufaula Avenue
Eufaula, AL 36027
Sseaborn1@yahoo.com

***Defendant Grassroots Tennis Association, LLLP***
c/o Caylin Edley – Registered Agent
1016 Peachtree Drive
Columbus, GA 31906

***Defendant In Depth Academy***
1016 Peachtree Drive
Columbus, GA 31906

***Defendant Dorothea L. Joyner***
1016 Peachtree Drive
Columbus, GA 31906

***Defendant Leroy Thomas Joyner***
Inmate #18079-002
Yazoo City Low FCI
PO Box 5000
Yazoo City, MS 39194-5000

Respectfully submitted this 16th day of September, 2025.

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**

1111 Bay Avenue, 3rd Floor
P.O. Box 1199
Columbus, GA 31902-1199
Tel:    706-324-0251

**/s/*Carter P. Schondelmayer***
Carter P. Schondelmayer
Alabama Bar No. 685-E53C
carter@pagescrantom.com.

*Counsel for Defendants*
*United States Tennis Association, Inc.*
*USTA Player Development Inc*