*Exhibit A*

## IN THE STATE COURT OF
## MUSCOGEE COUNTY, GEORGIA

| | |
|---|---|
| HALEIGH K. MCLENDON, | *<br>* |
| **Plaintiffs,** | *<br>* |
| VS. | *<br>* |
| | *   CASE NO.  CV-SC2025CV001349 |
| UNITED STATES TENNIS ASSOCIATION INC, | * |
| USTA PLAYER DEVELOPMENT INC., | * |
| GRASSROOTS TENNIS ASSOC., LLLP, | *   **JURY DEMAND** |
| IN DEPTH ACADEMY, | * |
| DOROTHEA L. JOYNER, | * |
| LEROY THOMAS JOYNER, Jr., | * |
| and Fictitious Defendants "A", "B", "C" | * |
| and "D", ", whether singular or plural, | * |
| those other persons, corporations, | * |
| firms, or other entities whose | * |
| wrongful conduct caused or | * |
| contributed to cause the injuries and | * |
| damages to the Plaintiff, all of whose | * |
| true and correct names are unknown | * |
| to Plaintiff at this time, but will be | * |
| substituted by amendment when | * |
| ascertained, | * |
| | * |
| **Defendants.** | *. |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Haleigh McLendon, by and through the undersigned counsel of record, in the above-styled action, and hereby voluntarily dismisses this action without prejudice pursuant to O.C.G.A. § 9-11-41(a), with each side bearing their own costs and attorney fees.

This 12th day of August 2025.

> */s/ Alison Hawthorne*
> Alison Hawthorne (GA BAR 146170)
> Larry A. Golston
> Leon Hampton, Jr.
> Jessi M. Haynes
> Attorneys for Plaintiff

OF COUNSEL:
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555
Alison.Hawthorne@beasleyallen.com
Larry.golston@beasleyallen.com
Leon.hampton@beasleyallen.com
Jessi.haynes@beasleyallen.com


                              /s/ L. Shane Seaborn
                              L. Shane Seaborn
                              Attorney for Plaintiff

OF COUNSEL:
**PENN & SEABORN LLC**
1442 S. Eufaula Avenue
Eufaula, Alabama 36027

## CERTIFICATE OF SERVICE

We hereby certify that on this day we served a true and correct copy of the foregoing via

Statutory Electronic Service and/or by depositing same in the United States Mail, with adequate

postage affixed thereon and addressed to the following counsel of record and pro se Defendants:


James C. Clark, Jr.
Carter P. Schondelmayer
Thomas F. Gristina
Larae D. Moore
Guy H. Kenimer, Jr.
**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**
1111 Bay Avenue, Third Floor
P.O. Box 1199
Columbus, Georgia 31902
Telephone:  (706) 324-0251
E-mail: jclark@pagescrantom.com

E-mail: carter@pagescrantom.com
E-mail: tgristina@pagescrantom.com
E-mail: lmoore@pagescrantom.com
E-mail: gkenimer@pagescrantom.com


Dorothea Joyner
1016 Peachtree Dr.
Columbus, Ga 31906
(334) 439-8152

In Depth Academy c/o Dorothea Joyner
1016 Peachtree Dr.
Columbus, Ga 31906
(334) 439-8152

Grassroots Tennis Association
P.O. box 605
Columbus, Ga 31902