Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HALEIGH K. MCLENDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES TENNIS | ) |
| ASSOCIATION INC., USTA | ) |
| PLAYER DEVELOPMENT INC., | ) |
| GRASSROOTS TENNIS ASSOC., | ) |
| LLLP, IN DEPTH ACADEMY, | ) |
| DOROTHEA L. JOYNER, LEROY | ) |
| THOMAS JOYNER, Jr., and | ) |
| Fictitious Defendants "A", "B", "C" | ) |
| and "D", whether singular or | ) |
| plural, those other persons, | ) |
| corporations, firms or other entities | ) |
| whose wrongful conduct caused or | ) |
| contributed to cause the injuries | ) |
| and damages to the Plaintiff, all of | ) |
| whose true and correct names are | ) |
| unknown to Plaintiff at this time, | ) |
| but will be substituted by | ) |
| amendment when ascertained, | |
| | |
| Defendants. | |

## DECLARATION UNDER OATH OF LEROY THOMAS JOYNER, JR.

### YAZOO COUNTY, MISSISSIPPI

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1

1.

I am over the age of 21 and suffer no legal disabilities which would render me legally incompetent to give this Declaration.

2.

The facts set forth herein are based upon my personal knowledge of same and are true and correct.

3.

I am currently an inmate in Yazoo City Federal Correctional Institution in Yazoo City, Mississippi.

4.

I was sentenced to 300 months imprisonment on August 8, 2024 after being convicted under a criminal indictment.[1] I was temporarily housed at the U.S. Bureau of Prisons Federal Transfer Center in Oklahoma City and later transferred to FCI Yazoo City where I have been incarcerated since.

5.

I have reviewed the allegations in the lawsuit filed on August 13, 2025 in the Circuit Court of Barbour County Alabama known as Civil Action File Number 06-CV-2025-900032.00. ("Lawsuit").

6.

In the Lawsuit plaintiff alleges incorrectly that I "was and is" domiciled in the state of Alabama. (para 7 of Lawsuit). This is not true.

---

[1] United States District Court, Middle District of Alabama, Southern Division (Dothan) 1:22-CR-00242

7.

In 2011, my wife Dorothea Joyner and I moved our family to Ariton, Alabama where we rented an office and apartment located at 17 West Main / 18 Atlantic Road. We decided to relocate our family to Columbus, Georgia in 2015. My wife and youngest daughter moved first, and later my middle daughter. In 2018 my oldest daughter and I moved to Columbus permanently to join the rest of the family. In 2021 the apartment and office in Ariton were sold and was no longer available for our use.

8.

In June 2020, after being charged and arrested for a federal crime, I attended a detention hearing where the district judge ordered that I be allowed to return home to Columbus, Georgia on pretrial release while awaiting trial.

9.

After the detention hearing I returned to Columbus, Georgia and resided at 1016 Peachtree Drive with my wife Dorothea. This address is the same address I had lived since 2018 and I considered, as I do now, it to be my permanent domicile.

10.

I lived continuously at the 1016 Peachtree Drive, Columbus, Georgia address from 2018 until I was taken into custody after being convicted in January 2024.

11.

Between the time of my arrest in 2020 and conviction in 2024, plaintiff's mother Shajuana L. McLendon would pick me up from my Columbus residence and drive me to scheduled pre-trial hearings related to the criminal indictment in Dothan or Montgomery, Alabama. Occasionally my wife would drive me to

Eufaula, AL to meet Ms. McLendon, who would then drive me to Dothan or Montgomery.

12.

During my criminal trial which began in January 2024, Ms. McLendon drove me to Dothan daily for trial.

13.

Since at least 2018, I was physically present and residing in Columbus, Georgia and the Peachtree Drive residence was my permanent home. Likewise, since at least 2018, I intended to remain in Columbus, Georgia indefinitely.

14.

Since at least 2018 I have been, and continue to be, a citizen of the state of Georgia. My domicile is the state of Georgia.

15.

I intend to return home to Columbus, Georgia when released from prison.

16.

I provide this declaration in support of the Removal Petition filed by defendants United States Tennis Association, Incorporated and USTA Player Development, Incorporated in the above captioned case.

17.

I consent to the removal of the above captioned case from the Circuit Court of Barbour County, Alabama to the United States District Court for the Middle District of Alabama.

4

18.

I declare under penalty of perjury that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT**

Executed on this the ___8___ day of September, 2025.

_____
Leroy Thomas Joyner, Jr.