**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **HALEIGH K. MCLENDON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.** |
| ) | **2:25-CV-00745-KFP** |
| ) | |
| ) | |
| **UNITED STATES TENNIS** ) | |
| **ASSOCIATION, INC., at al.** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO REMAND

COMES NOW the Plaintiff, pursuant to 28 U.S.C. § 1447, and moves this Honorable Court to remand this case to the State Court of Barbour County, Alabama for the following reasons:

1.      There is no diversity of citizenship to afford this Court jurisdiction pursuant to 28 U.S.C. § 1332.

2.      This action is not an action arising out of the Constitution, laws, or treatise of the United States.  28 U.S.C. § 1331.  Plaintiff asserts only claims arising out of the laws of the State of Alabama.

4.      This Court lacks subject matter jurisdiction and this action is not one for which removal is provided by 28 U.S.C. § 1441(a).

Page **1** of **4**

5.     The removal filed by Defendants is in violation of 28 U.S.C. § 1441(b) and/or 28 U.S.C. § 1441(b)(2)..

6.     There are no grounds upon which to base a removal.

7.     Plaintiff, pursuant to 28 U.S.C. § 1447(c), seeks payment of just costs and actual expenses, including attorneys' fees incurred as a result of this removal.

Respectfully submitted,


/s/ Larry Golston_____
Larry A. Golston
Leon Hampton, Jr.
Jessi M. Haynes
Attorneys for Plaintiff


**OF COUNSEL:**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:   (334) 954-7555
Larry.golston@beasleyallen.com
Leon.hampton@beasleyallen.com
Jessi.haynes@beasleyallen.com

*/s/ L. Shane Seaborn*
L. Shane Seaborn
Attorney for Plaintiff

**OF COUNSEL:**
**PENN & SEABORN LLC**
1442 S. Eufaula Avenue
Eufaula, Alabama 36027
(334) 687-5555 – telephone
(334) 687-5111 – facsimile
sseaborn1@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2025 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/EFC participants, or if not a CM/ECF participant, it has been served by U.S. mail, postage prepaid.

Carter P. Schondelmayer
**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**
1111 Bay Avenue 3rd floor
P.O. Box 1199
Columbus, GA 31902-1199
carter@pagescrantom.com
*Counsel for Defendants United States Tennis Association, Inc.*
*and USTA Player Development, Inc.*

**Defendant Grassroots Tennis Association, LLLP**
1016 Peachtree Drive
Columbus, GA 31906
*c/o Caylin Edley,  Registered Agent*

**Defendant Dorothea L. Joyner**
1016 Peachtree Drive
Columbus, GA 31906

**Defendant In Depth Academy**
1016 Peachtree Drive
Columbus, GA 31906

**Defendant Leroy Thomas Joyner, Jr.**
Inmate #18079-002
Yazoo City Low FCI
POB 5000
Yazoo City, MS 39194