# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

LEROY T. JOYNER, JR.,                )
                                     )
Plaintiff,                           )
                                     )
V.                                   )        Case No. 2:18-cv-1035-WKW-JTA
                                     )
SHELLY SANDERS, et al.,              )
                                     )
Defendants.                          )

---

## RESPONSE IN SUPPORT OF DIVERSITY OF JURISDICTION

For purposes of 28 U.S.C. § 1332, Leroy T. Joyner, Jr. ("Plaintiff or Mr. Joyner") hereby responds to a Court Order requesting that he provide the court with sufficient information for it to determine whether he was a citizen of Georgia on December 12, 2018. In support, Plaintiff state as follows:

## REQUEST FOR LEAVE TO FILE RESPONSE

Pursuant to the Court's order, it was "ORDERED that on or before July 31, 2020" that Plaintiff was to provide sufficient information as to his citizenship in the state of Georgia. However, Mr. Joyner was not notified of this order until August 10, 2020. As a result of the closing of his Post Office Box in Columbus, GA due to the confusion surrounding his incarceration, the Court Order was not delivered to the Plaintiff. It was only upon his knowledge that the box was closed, that he thought to go online to check his civil and criminal case status. That action led Mr. Joyner to discover that he was ordered to provide the court with sufficient information regarding his residency as of December 12, 2018.

Per (Exhibit A), Plaintiff paid for his Post Office Box on August 10, 2020 and requests from the Court leave to file a response after the order deadline (July 31, 2020).

## EVIDENCE IN SUPPORT OF BEING A GEORGIA RESIDENT

As reflected within (Exhibit B & C) Mr. Joyner and his wife, Dorothea Joyner ("Mrs. Joyner") moved to Columbus, Georgia ("Columbus"). The move was made to expand the business as well as create a pathway for his wife and daughters to attend Columbus State University. As

early as the Summer of 2015, the family resided in Columbus and Mr. Joyner commuted to Alabama to teach lessons. He would stay at their residence in Ariton, Alabama ("Ariton") on Monday through Wednesday night and reside in Columbus on Thursday through Sunday night. These (4) nights in Columbus and (3) nights in Ariton living arrangement proceeded until the teaching climate in Ozark, Alabama became too much for him to execute safe lessons for his students.

Although he resided at both addresses weekly for over (4) years, Mr. Joyner was unable to change his drivers license or enter into any residence activities due in part to ongoing litigation in the US District Court in South Carolina (6:20-cv-01736-DCC-JDA). Thus, his drivers license was suspended prior to March 2015 and he has been forced to file state and federal taxes in the state of Alabama as a result. He has resided in Georgia for more than the yearly (183) days rule for the last (4) years but due to legal circumstances, he could not obtain a Georgia Drivers License therefore blocking him from leasing a home, obtaining utilities or conducting any business where a valid (State ID) was required.

## CONCLUSION

In light of these facts, Mr. Joyner has resided in the state of Georgia but has not been able to transfer his residential binding documents to the state due to a legal dispute with the State Of South Carolina. That stated and proved, Plaintiff should be considered a legal resident of Georgia.

Date: August 11, 2020

Respectfully Submitted,

/s/ _Leroy T. Joyner, Jr._

Leroy T. Joyner, Jr.
Pro Se Counsel
P.O. Box 605
Columbus, GA 31902
Phone: (334) 439-8200

Leroy T. Joyner
P.O. Box 605
Columbus, GA 31902

U.S. POSTAGE PAID
FCM LG ENV
COLUMBUS, GA
31901
AUG 11, 20
AMOUNT
**$4.75**
R2305E125629-15

1000    36104

7018 0360 0001 1022 6939

**CERTIFIED MAIL®**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7018 0360 0001 1022 6939

Attn: Clerk of the Court
United States District Court
One Church Street
Montgomery, AL 36104