# EXHIBIT 4

EXHIBIT A



## UNITED STATES POSTAL SERVICE.

DOWNTOWN COLUMBUS
120 12TH ST LBBY
COLUMBUS, GA 31901-9998
(800)275-8777

08/10/2020                              10:17 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| 6-MO Box |  |  | $53.00 |

    Box ZIP Code:31902
    Box Number:605
    Box Size:Size 1 - 3 in x 5.5 in
    Rental Period:Semi-Annual
    Rental Start Date:08/10/2020
    Next Renewal Date:01/31/2021

| Key Fee |  | $0.00 |
|---|---|---|

    Keys Delivered:2

| Key Deposit | $0.00 |
|---|---|

    Key Count:2
    Key Number:X1030

Total                                    $53.00

_____

Grand Total:                             $53.00

_____


_____

Debit Card Remit'd                       $53.00
    Card Name:VISA
    Account #:XXXXXXXXXXXX4757
    Approval #
    Transaction #:080
    Receipt #:015395
    Debit Card Purchase:$53.00
    Cash Back:$0.00
    AID:A0000000980840        Chip
    AL:US DEBIT
    PIN:Verified