# EXHIBIT 5

Exhibit B



## *Flournoy & Calhoun Realtors*
## 2520 Wynnton Road, Columbus, GA 31906

### Occupancy Agreement

THIS AGREEMENT, made and entered into this **1st day of November, 2016** between Flournoy & Calhoun Realtors, located at 2520 Wynnton Road, Columbus, GA 31906, of the first part, hereinafter called "Landlord" and **Dorothea Joyner** called "Resident" it being understood and agreed that the word "Landlord" wherever mentioned herein shall embrace and include the heirs, executors, administrators, successors and assigns of the owner.

WITNESSETH: That in consideration of the mutual covenants herein contained the Landlord has rented to the **1016 Peachtree Drive Columbus, Georgia 31907**

1.  **TERM:** The initial term of this agreement shall be **12** months, beginning at 12:00 noon **November 1ˢᵗ, 2016 and ending at 12:00 noon October 30, 2016**

2.  **POSSESSION:** If there is a delay in delivery of possession by Landlord, rent shall be abated on a daily basis until possession is granted.  If possession is not granted within (7) days after the beginning day of initial term, then Resident may void this agreement and have a full refund of all monies paid.  Landlord shall not be liable for damages, for delay in delivery of possession.

3.  **RENT:**   The total rent under this agreement shall be **$7,800.00** payable in equal monthly payments in advance without demand notice in the amount of **$650.00 payable by personal check, cashier's check, money order or an online ACH deposit**, the first full monthly payment being due on or before the **1ˢᵗ day of December 2016**, and continuing on or before the first day of each successive month thereafter until this agreement is terminated as provided herein.  **Landlord will not be responsible in any way for payments dropped in the night drop box that aren't made payable to Flournoy & Calhoun Realtors.**

    **The pro- rated rent for the month of November will be $0**

    Rental payments will be accepted in the office Monday thru Friday 9:00 to 5:00.  Payments made after hours or on weekends may be dropped through the mail slot in the rental department door. Any payments dropped off in the night slot must be made payable to Flournoy & Calhoun Realtors. Landlord will not be responsible in any way for payments dropped in night drop box that aren't made payable to Flournoy & Calhoun Realtors.

    **PARTIAL PAYMENTS:** Resident shall make all rental payments in full.  Payment or receipt of a rental payment of less than the amount stated in the lease shall be deemed nothing more than partial payment on that month's account.  Under no circumstances shall Landlord's acceptance of a partial payment constitute accord and satisfaction, nor will Landlord acceptance of a partial payment forfeit Landlord's right to collect the balance due on the account, despite any endorsement, stipulation, or other statement on any check.

    Any modification to this lease must be made in writing signed by the Landlord, in which the Landlord states and agrees to the modification. The Landlord may accept any partial payment check with any conditional endorsement without prejudice to his/her right to recover the balance remaining due, or to pursue any other remedy available under this lease.

1