# EXHIBIT 6

Exhibit C

# Certificate of Marriage

## State of Louisiana, Parish of Jefferson

This is to certify that I the undersigned officiant, _____VERNON J. WILTY, III_____, a

_____JUSTICE OF THE PEACE_____, by virtue of the license duly issued by Jon A. Gegenheimer, Clerk of Court for the Parish of

Jefferson did on this __24TH__ day of _____SEPTEMBER_____, 20 _04_, A.D., at _4:15_ o'clock _P_ .M. unite in

### Holy Bonds of Matrimony

_____LEROY THOMAS JOYNER, JR._____            _____DOROTHEA LEE LATHAM_____

**Groom**                                                              **Bride**

In testimony whereof I have caused the said parties with myself and two legal Witnesses, to sign these presents, the day and date aforesaid.

**Witnesses:**                                                     **Parties:**

_____            _____
Signature of Witnesses                               Signature of Groom

_____            _____
Signature of Witnesses                               Signature of Bride

_____
Signature and Title of Officiant (Priest, Minister, Other)