# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEROY T. JOYNER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-1035-WKW |
| | ) | [WO] |
| SHELLY SANDERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

On August 24, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 44.)  Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that:

1.  Defendants' motion to dismiss (Doc. # 35) is GRANTED;

2.  Plaintiff's 42 U.S.C. § 1985(3) claim is DISMISSED with prejudice; and

3.  Plaintiff's state law claims are DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 11th day of September, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE