# EXHIBIT 12

| | |
|---|---|
| **From:** | WSP Server on behalf of Professional Legal Services & Investigat |
| **To:** | Valerie Scroggins |
| **Cc:** | Professional Legal Services & Investigat |
| **Subject:** | [EXT] PFS Job Done - Served for 202500001796 (In Depth Academy) |
| **Date:** | Wednesday, August 27, 2025 10:34:10 AM |

**[EXTERNAL]**

To: Valerie Scroggins
   Beasley Allen Crow Methvin Portis & Miles

This is an automated message relating to:

**Our Job Number:** 2025007602

**Your Reference Number:** 202500001796

**Party To Be Served:** In Depth Academy

**Documents To Be Served:** Complaint , Summons, Discovery

**Case Info:** Alabama Barbour 06-CV-2025-900032

**Case Style:** Haleigh K. McLendon vs. United States Tennis Association, Inc. USTA Player Development, Inc. Grassroots Tennis Association, LLLP In Depth Academy Dorothea L. Joyner Leroy Thomas Joyner, Jr.

**Attachments:**

Link to Service Document. (In Depth Academy)

Link to Service Document. (In Depth Academy)

Link to Picture

Link to Affidavit 08.27.25

**Service Information**

Recipient was SERVED on Aug 20 2025 4:39PM

**Type of Service:** AUTHORIZED

**Original Service Address:** In Depth Academy, 1016 Peachtree Drive, Columbus, GA 31906

**Service Details:** served an AUTHORIZED entity by delivering a true copy of the Complaint, Summons, Discovery to: Dorothea Joyner as Registered Agent at the address of: 1016 Peachtree Drive, Columbus, GA 31906, who stated they are authorized to accept service for In Depth Academy, and informed said person of the contents therein, in compliance with state statutes.

**Recipient Description:** Age: 49, Sex: F, Race/Skin Color: Black, Height: 5'5", Weight: 220, Hair: Dark Brown, Glasses: Y

Thank you,

Professional Legal Services & Investigat

david@plsillc.com

Phone: (706) 610-0599

More detailed status is available at https://pfs.sopstatus.com