# EXHIBIT 13



**GEORGIA CORPORATIONS DIVISION**

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Grassroots Tennis Association LLLP** | Control Number: | **17023216** |
| Business Type: | **Domestic Limited Liability Limited Partnership** | Business Status: | **Active/Noncompliance** |
| NAICS Code: | **Other Services (except Public Administration)** | NAICS Sub Code: | **Business Associations** |
| Principal Office Address: | **P.O. Box 605, Columbus, GA, 31902, USA** | Date of Formation / Registration Date: | **2/24/2017** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2024** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Caylin Edley** |
| Physical Address: | **1016 Peachtree Dr, Columbus, GA, 31906, USA** |
| County: | **Muscogee** |

### GENERAL PARTNER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Caylin Edley | General Partner | 1016 Peachtree Dr, Columbus, GA, 31906, USA |
| Jaida Edley | General Partner | P.O. Box 605, Columbus, GA, 31906, USA |

Back

Filing History     Name History

Return to Business Search