# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| HALEIGH K. MCLENDON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES TENNIS | ) |
| ASSOCIATION INC., USTA | ) |
| PLAYER DEVELOPMENT INC., | ) |
| GRASSROOTS TENNIS ASSOC., | ) |
| LLLP, IN DEPTH ACADEMY, | ) |
| DOROTHEA L. JOYNER, LEROY | ) |
| THOMAS JOYNER, Jr., and | ) |
| Fictitious Defendants "A", "B", "C" | ) |
| and "D", whether singular or | ) |
| plural, those other persons, | ) |
| corporations, firms or other entities | ) |
| whose wrongful conduct caused or | ) |
| contributed to cause the injuries | ) |
| and damages to the Plaintiff, all of | ) |
| whose true and correct names are | ) |
| unknown to Plaintiff at this time, | ) |
| but will be substituted by | ) |
| amendment when ascertained, | |
| | |
|     Defendants. | |

## AFFIDAVIT OF ATTORNEY LARAE D. MOORE

**MUSCOGEE COUNTY, GEORGIA**

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

-1-

1.

I am over the age of 21 and suffer no legal disabilities which would render me legally incompetent to give this affidavit.

2.

The facts set forth herein are based upon my personal knowledge of same and are true and correct.

3.

I am a resident of Columbus, Muscogee County, Georgia.

4.

On August 19, 2025 Defendant Leroy Thomas Joyner, Jr. and I met via telephone conference to discuss Plaintiff's re-filed Complaint in Barbour County, AL Circuit Court and her contention that Joyner was domiciled and a citizen of Alabama.

5.

Defendant Leroy Joyner agreed that he was not a citizen of Alabama, that he would consent to Defendant's USTA and USTA Player Development's removal to federal court in Alabama and indicated his willingness to sign a Declaration attesting to facts supporting his domicile and citizenship in Georgia.

6.

The undersigned prepared a Declaration Under Oath of Leroy Joyner, Jr. and forwarded same to Yazoo City Low FCI via Federal Express. The Declaration was delivered on September 5, 2025. [**Exhibit A**] Because the Federal Express package was delivered to the physical address of the institution and not the P.O. Box designated for inmate mail, it was not delivered to Defendant Joyner on September 5, 2025 and its exact whereabouts were unknown.

7.

In an effort to obtain Joyner's Declaration in a timely manner, the undersigned emailed a copy of the Complaint along with the five-page Declaration to Counselor Temaka Rhodes.[1] Counselor Rhodes obtained Joyner's signature on September 8, 2025 and emailed the document back on the same date. [**Exhibit B**]

8.

A copy of Joyner's September 8th Declaration was attached to Defendants' Notice of Removal filed on September 16, 2025. [DOC 1- 4]  A copy the Notice of Removal and its exhibits were emailed to Defendant Joyner on September 18, 2025.

9.

On September 15, 2025 Defendant Joyner executed a second copy of his Declaration. [**Exhibit C**]   Presumably, he executed the copy that he received in the Federal Express package addressed to his attention, which included a pre-paid envelope for express return.  Accordingly, not only did Mr. Joyner re-execute his Declaration on September 15th, but he also *returned* it to the undersigned via Federal Express on the same day.  It was delivered and received by counsel on September 17, 2025. [**Exhibit D**]

10.

At all times relevant herein, the undersigned counsel provided a five-page Declaration for Defendant Joyner's review and signature.  Counsel emailed the entire document to Counselor Rhodes and also sent an original copy in a Federal Express package addressed to Defendant Joyner.

11.

I provide this affidavit in response to Defendant Leroy Joyner's Omnibus Motion filed on September 22, 2025 seeking to revoke his consent to removal amid

---

[1] Federal Correctional Complex Low I – Yazoo City, MS, Correctional Counselor Rhodes – Bravo 3 Housing Unit, tmrhodes@bop.gov.

claims prison officials only gave him the signature page and he did not have access to the entire document until September 9, 2025. [DOC 9] It is clear however, that Joyner re-signed the document six days later and returned it to prison mail officials to facilitate its return to the undersigned via Federal Express.

12.

Counselor Rhodes would be able to confirm by affidavit or deposition that she provided the entire Declaration for Joyner's review and signature and returned the entire executed document to the undersigned by email.

13.

At no time did Defendant Joyner inform the undersigned that he had not received or reviewed all pages of the Declaration, that he had any other questions about the removal process or had changed his mind about his consent.

14.

I declare under penalty of perjury that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT**

Executed on this the 14th day of October, 2025.

LaRae D. Moore

Sworn to and subscribed before me this
14th day of October, 2025

NOTARY

-4-

# EXHIBIT A

**Debbie Kinder**

**From:** FedEx Tracking <TrackingUpdates@fedex.com>
**Sent:** Friday, September 5, 2025 2:56 PM
**To:** Debbie Kinder
**Subject:** Your shipment was delivered 884106170119



# Your shipment was delivered.

**Delivery Date**

# Fri, 09/05/2025
# 1:45pm

**Delivered to**

2225 HALEY BARBOUR PKWY, YAZOO CITY, MS 39194

**Received by**

J.Sheriff

**Report missing package**

1

# How was your delivery?



# Tracking details

| | |
|---|---|
| **Tracking ID** | **884106170119** |
| **From** | Page Scrantom Sprouse Tucker<br>1100 Bay Avenue<br>Third Floor<br>Columbus, GA, US<br>31901 |
| **To** | YAZOO CITY LOW FCI<br>2225 HALEY BARBOUR PARKWAY<br>YAZOO CITY, MS, US<br>39194 |
| **Ship date** | Thu 9/04/2025 04:41 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.50 LB |
| **Service** | FedEx Priority Overnight® |

2

**Reference**                                      U0166.0002

**Shipper reference**                          U0166.0002

**TRACK SHIPMENT**

# Put shipping power in your palm

The free FedEx® Mobile app allows you to measure package dimensions, create labels, use QR codes for printerless shipping, find rates, manage pickups, and more.

**DOWNLOAD THE APP**



3

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:55 PM CDT 09/05/2025.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see th FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2025 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026

4

**Reference**                                    U0166.0002

**Shipper reference**                            U0166.0002

TRACK SHIPMENT

# Take your shot at a luxury vacation!

Enter the FedExCup® Getaway Sweepstakes—then ship to earn even more entries. You could win a trip to one of four iconic PGA TOUR® tournaments!

REGISTER NOW



3

# EXHIBIT B

## LaRae D. Moore

| | |
|---|---|
| **From:** | LaRae D. Moore |
| **Sent:** | Monday, September 8, 2025 5:28 PM |
| **To:** | Jim Clark |
| **Subject:** | FW: Joyer, Leroy  #18079-002 |
| **Attachments:** | Joyner, L..pdf |

**From:** Rhodes, Temaka (BOP) <tmrhodes@bop.gov> **On Behalf Of** YAZ-UnitB-S (BOP)
**Sent:** Monday, September 8, 2025 5:21 PM
**To:** LaRae D. Moore <lmoore@pagescrantom.com>
**Subject:** Re: Joyer, Leroy #18079-002

Ms. Moore,
I was not able to print the complaint.  I attempted to print it twice but it did not print.  I did forward the fed ex information to the mail room officer and hopefully they can track the package.

Please advise if you need anything else.

Thanks

**From:** LaRae D. Moore <lmoore@pagescrantom.com>
**Sent:** Monday, September 8, 2025 8:32 PM
**To:** YAZ-UnitB-S (BOP) <YAZ-UnitB-S@bop.gov>
**Subject:** [EXTERNAL] RE: Joyer, Leroy #18079-002

Ms. Rhodes,

The Declaration is what he needs to sign.  The Complaint is a copy for his information. I'll talk with Mr. Clark and make sure this will suffice.

**LaRae D. Moore**
 **Page Scrantom**
**Page Scrantom Sprouse Tucker & Ford, PC**
**P.O. Box 1199**
**1111 Bay Ave, Third Floor**
**Columbus, GA 31902**
**706-243-5623 Direct**
**706-324-0251**

*please note my new email address
Email lmoore@pagescrantom.com
website www.psstf.com

Legal Assistant

1

# EXHIBIT C

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **HALEIGH K. MCLENDON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES TENNIS** | ) |
| **ASSOCIATION INC., USTA** | ) |
| **PLAYER DEVELOPMENT INC.,** | ) |
| **GRASSROOTS TENNIS ASSOC.,** | ) |
| **LLLP, IN DEPTH ACADEMY,** | ) |
| **DOROTHEA L. JOYNER, LEROY** | ) |
| **THOMAS JOYNER, Jr., and** | ) |
| **Fictitious Defendants "A", "B", "C"** | ) |
| **and "D", whether singular or** | ) |
| **plural, those other persons,** | ) |
| **corporations, firms or other entities** | ) |
| **whose wrongful conduct caused or** | ) |
| **contributed to cause the injuries** | ) |
| **and damages to the Plaintiff, all of** | ) |
| **whose true and correct names are** | ) |
| **unknown to Plaintiff at this time,** | ) |
| **but will be substituted by** | ) |
| **amendment when ascertained,** | |
| | |
| **Defendants.** | |

### DECLARATION UNDER OATH OF LEROY THOMAS JOYNER, JR.

## YAZOO COUNTY, MISSISSIPPI

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1

1.

I am over the age of 21 and suffer no legal disabilities which would render me legally incompetent to give this Declaration.

2.

The facts set forth herein are based upon my personal knowledge of same and are true and correct.

3.

I am currently an inmate in Yazoo City Federal Correctional Institution in Yazoo City, Mississippi.

4.

I was sentenced to 300 months imprisonment on August 8, 2024 after being convicted under a criminal indictment.[1] I was temporarily housed at the U.S. Bureau of Prisons Federal Transfer Center in Oklahoma City and later transferred to FCI Yazoo City where I have been incarcerated since.

5.

I have reviewed the allegations in the lawsuit filed on August 13, 2025 in the Circuit Court of Barbour County Alabama known as Civil Action File Number 06-CV-2025-900032.00. ("Lawsuit").

6.

In the Lawsuit plaintiff alleges incorrectly that I "was and is" domiciled in the state of Alabama. (para 7 of Lawsuit). This is not true.

---

[1] United States District Court, Middle District of Alabama, Southern Division (Dothan) 1:22-CR-00242

2

7.

In 2011, my wife Dorothea Joyner and I moved our family to Ariton, Alabama where we rented an office and apartment located at 17 West Main / 18 Atlantic Road. We decided to relocate our family to Columbus, Georgia in 2015. My wife and youngest daughter moved first, and later my middle daughter. In 2018 my oldest daughter and I moved to Columbus permanently to join the rest of the family. In 2021 the apartment and office in Ariton were sold and was no longer available for our use.

8.

In June 2020, after being charged and arrested for a federal crime, I attended a detention hearing where the district judge ordered that I be allowed to return home to Columbus, Georgia on pretrial release while awaiting trial.

9.

After the detention hearing I returned to Columbus, Georgia and resided at 1016 Peachtree Drive with my wife Dorothea. This address is the same address I had lived since 2018 and I considered, as I do now, it to be my permanent domicile.

10.

I lived continuously at the 1016 Peachtree Drive, Columbus, Georgia address from 2018 until I was taken into custody after being convicted in January 2024.

11.

Between the time of my arrest in 2020 and conviction in 2024, plaintiff's mother Shajuana L. McLendon would pick me up from my Columbus residence and drive me to scheduled pre-trial hearings related to the criminal indictment in Dothan or Montgomery, Alabama. Occasionally my wife would drive me to

3

Eufaula, AL to meet Ms. McLendon, who would then drive me to Dothan or Montgomery.

12.

During my criminal trial which began in January 2024, Ms. McLendon drove me to Dothan daily for trial.

13.

Since at least 2018, I was physically present and residing in Columbus, Georgia and the Peachtree Drive residence was my permanent home. Likewise, since at least 2018, I intended to remain in Columbus, Georgia indefinitely.

14.

Since at least 2018 I have been, and continue to be, a citizen of the state of Georgia. My domicile is the state of Georgia.

15.

I intend to return home to Columbus, Georgia when released from prison.

16.

I provide this declaration in support of the Removal Petition filed by defendants United States Tennis Association, Incorporated and USTA Player Development, Incorporated in the above captioned case.

17.

I consent to the removal of the above captioned case from the Circuit Court of Barbour County, Alabama to the United States District Court for the Middle District of Alabama.

4

18.

I declare under penalty of perjury that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT**

Executed on this the ⎽⎽*15*⎽⎽ day of September, 2025.

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
Leroy Thomas Joyner, Jr.

# EXHIBIT D



**FedEx.**

October 14, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 791924145221

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | P.Hensley | **Delivery Location:** | 1111 BAY AVEFL 3 |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | Columbus, GA, 31901 |
| | | **Delivery date:** | Sep 17, 2025 09:48 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 791924145221 | **Ship Date:** | Sep 16, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
LARAE D MOORE & JAMES C CLARK JR, Page Scrantom Sprouse Tucker
1100 Bay Avenue
Third Floor
COLUMBUS, GA, US, 31901

**Shipper:**
L. JOYNER #18079-002 c/o T. RHODES, YAZOO CIT
2225 HALEY BARBOUR PARKWAY
YAZOO CITY, MS, US, 39194

**Reference**                    U0166.0002