# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HALEIGH K. MCLENDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES TENNIS | ) |
| ASSOCIATION INC., USTA | ) |
| PLAYER DEVELOPMENT INC., | ) |
| GRASSROOTS TENNIS ASSOC., | ) |
| LLLP, IN DEPTH ACADEMY, | ) |
| DOROTHEA L. JOYNER, LEROY | ) |
| THOMAS JOYNER, Jr., and | ) |
| Fictitious Defendants "A", "B", "C" | ) |
| and "D", whether singular or | ) |
| plural, those other persons, | ) |
| corporations, firms or other entities | ) |
| whose wrongful conduct caused or | ) |
| contributed to cause the injuries | ) |
| and damages to the Plaintiff, all of | ) |
| whose true and correct names are | ) |
| unknown to Plaintiff at this time, | ) |
| but will be substituted by | ) |
| amendment when ascertained, | |
| | |
| Defendants. | |

## DECLARATION OF DOROTHEA JOYNER FOR IN DEPTH ACADEMY

**MUSCOGEE COUNTY, GEORGIA**

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1.

I am over the age of 21 and suffer no legal disabilities which would render me legally incompetent to give this declaration.

2.

I am the sole owner and operator of In Depth Academy, an unincorporated business operating in Columbus, Muscogee County, Georgia.

3.

In Depth Academy is named as a defendant in the above referenced action.

4.

In Depth Academy gave counsel for the USTA Defendants its verbal consent prior to the removal of the above captioned case from the Circuit Court of Barbour County, Alabama to the United States District Court for the Middle District of Alabama.

5.

In Depth Academy confirms its consent for the removal of this case to the United States District Court for the Middle District of Alabama.

**FURTHER DECLARANT SAYETH NOT**

Executed on this the  _31st___ day of October, 2025.

_Dorothea Joyner_

_____

Dorothea Joyner