# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HALEIGH K. MCLENDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES TENNIS | ) |
| ASSOCIATION INC., USTA | ) |
| PLAYER DEVELOPMENT INC., | ) |
| GRASSROOTS TENNIS ASSOC., | ) |
| LLLP, IN DEPTH ACADEMY, | ) |
| DOROTHEA L. JOYNER, LEROY | ) |
| THOMAS JOYNER, Jr., and | ) |
| Fictitious Defendants "A", "B", "C" | ) |
| and "D", whether singular or | ) |
| plural, those other persons, | ) |
| corporations, firms or other entities | ) |
| whose wrongful conduct caused or | ) |
| contributed to cause the injuries | ) |
| and damages to the Plaintiff, all of | ) |
| whose true and correct names are | ) |
| unknown to Plaintiff at this time, | ) |
| but will be substituted by | ) |
| amendment when ascertained, | ) |
| | |
| Defendants. | |

---

**DECLARATION OF CAYLIN EDLEY**
**FOR GRASSROOTS TENNIS ASSOCIATION, LLLP**

---

**MUSCOGEE COUNTY, GEORGIA**

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1.

I am over the age of 21 and suffer no legal disabilities which would render me legally incompetent to give this declaration.

2.

Grassroots Tennis Association LLLP (hereinafter "Grassroots" ) is a Domestic Limited Liability Limited Partnership registered in the State of Georgia.

3.

I am a general partner of Grassroots and have personal knowledge of the information supplied in this Declaration.

4.

Grassroots is named as a defendant in the above referenced action.

5.

I provide this Declaration in support of the Removal Petition filed by defendants United States Tennis Association, Incorporated and USTA Player Development, Incorporated in the above captioned case.

6.

In 2018 Grassroots ceased all teaching and operations in Ozark, Alabama and began operating solely in Columbus, Georgia. Leroy Joyner requested this move and began teaching in Georgia.

7.

Grassroots provided its earlier verbal consent to the USTA Defendants' removal of the above captioned case from the Circuit Court of Barbour County,

Alabama to the United States District Court for the Middle District of Alabama and hereby confirms its consent to that removal.

8.

I declare under penalty of perjury that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NOT**

Executed on this the  _31st___ day of October, 2025.

_____
Caylin Edley